# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE MERAZ,<br><br>Defendant. | Case No.: 21-cr-2657-TWR<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE AND JUDGMENT THEREON** |

United States' Motion to Dismiss the Indictment Without Prejudice (ECF No. 31) is **GRANTED**. The Court dismisses the Indictment (ECF No. 14) without prejudice.

**SO ORDERED AND ADJUDGED.**

DATED: 2/17/2022

_____
**HON. TODD W. ROBINSON**
United States District Judge